UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNESTO CALDERON RAMIREZ,
Plaintiff,

v.

SERGIO ALBARRAN, et al.,
Defendants.

Case No. 26-cv-11633-PCP

**ORDER SETTING HEARING; ORDER TO SHOW CAUSE AND MAKE RETURN**

Re: Dkt. No. 3

Pursuant to 28 U.S.C. § 2243, respondents are ordered to show cause why the writ of habeas corpus should not be granted and to make a return certifying the true cause of the detention The Court will consider the merits of petitioner's habeas petition at the same time it considers whether to issue a preliminary injunction. A hearing on both issues will be held at 3:00 p.m. on Monday, October 19, 2026 via Zoom videoconference. Respondents' response to the October 8, 2026 order to show cause and this order must be filed by no later than October 13, 2026. Petitioner's reply and traverse, if any, must be filed by October 16, 2026. The parties may stipulate to a different briefing schedule and hearing date provided that they also stipulate that the existing temporary restraining order will remain in place until this Court issues its decision on the merits of the habeas petition.

**IT IS SO ORDERED.**

Dated: October 10, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California